BENJAMIN B. WAGNER
United States Attorney
ELANA S. LANDAU
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 1:11-CR-398 |
| Plaintiff, | ORDER TO **UNSEAL** INDICTMENT |
| v. | |
| TYRONE LEON PAUL, | |
| Defendant. | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the indictment in the above-captioned proceeding be and is hereby unsealed.

Date: Dec 20, 2011

Honorable Jennifer L. Thurston
United States Magistrate Judge

2

| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | ELANA S. LANDAU<br>Assistant U.S. Attorney |
| 3 | 2500 Tulare Street<br>Fresno, California 93721 |
| 4 | Telephone: (559) 497-4000 |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

   v.

TYRONE LEON PAUL,

                Defendant.

Case NO. 1:11-CR-398

REQUEST TO **UNSEAL** INDICTMENT

The arrest warrant in the above-captioned proceeding was executed on December 20, 2011 As a result, there is no need for the indictment to remain under seal. Accordingly, the United States asks that the Court order that the indictment be unsealed.

                                      BENJAMIN B. WAGNER<br>
                                      United States Attorney

Date: December 20, 2011       /s/ Elana S. Landau<br>
                                      By: Elana S. Landau<br>
                                        Assistant United States Attorney