Patience Milrod
844 N. Van Ness Avenue
Fresno, California 93728
559.442-3111
559.442-3162 fax
pm@patiencemilrod.com

Attorney for TYRONE PAUL

IN THE UNITED STATES DISTRICT COURT IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TYRONE PAUL, ) <br> ) <br> Defendant. ) | Case No. 1:11-cr-00398-AWI DLB <br><br> STIPULATION TO CONTINUE HEARING ON MOTION FOR DISCOVERY and ORDER <br><br> Date: February 27, 2012 <br> Time: 1:00 p.m. <br> Court: Hon. Dennis L. Beck |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ELANA LANDAU, Assistant United States Attorney for Plaintiff, and PATIENCE MILROD, counsel for the Defendant:

1. On February 6, 2012, counsel for defendant filed a motion for discovery involving the same investigation, and many of the same issues, as the discovery motion in *United States v. Alexander*, 1:11-cr-00252-AWI DLB. As with the *Alexander* discovery motion, the parties believe the numerous issues can be resolved by a stipulated order.

*Stipulation and Order re: discovery hearing*1

PDF created with pdfFactory trial version www.pdffactory.com

2. Counsel for the defendant realized (after this hearing date was set) that she would be out of state on February 27 on family business.

3. In light of all of the above, the parties hereby stipulate to an order continuing the date for the discovery hearing, from February 27, 2012 at 1:00 p.m. to a new date of March 12, 2012 at 1:00 p.m.

4. The parties further stipulate that time may be excluded through and until March 12, 2012 pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), for defense counsel investigation, preparation and filing of motions, and through and until the date of decision on such motions pursuant to 18 U.S.C. §3161(h)(1)(F) and (J).

Dated: February 15, 2012

/s/ Patience Milrod
PATIENCE MILROD
Attorney for defendant
TYRONE PAUL

Dated: February 15, 2012

/s/ Elana Landau
United States Attorney
BENJAMIN B. WAGNER
By ELANA LANDAU
Assistant U.S. Attorney

*Stipulation and Order re: discovery hearing2*

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER

Having received and reviewed the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the discovery hearing presently set for February 27, 2012 at 1:00 p.m. be and is hereby continued to a new date of March 12, 2012 at 1:00 p.m.

Time is excluded through and until March 12, 2012 pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), for defense counsel investigation, preparation and filing of motions, and through and until the date of decision on such motions pursuant to 18 U.S.C. §3161(h)(1)(F) and (J).

IT IS SO ORDERED.

Dated: February 14, 2012

                                              /s/ DENNIS L. BECK
                                              UNITED STATES MAGISTRATE JUDGE

*Stipulation and Order re: discovery hearing3*

PDF created with pdfFactory trial version www.pdffactory.com