Patience Milrod
844 N. Van Ness Avenue
Fresno, California 93728
559.442-3111
559.442-3162 fax
pm@patiencemilrod.com

Attorney for TYRONE PAUL

# IN THE UNITED STATES DISTRICT COURT IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>)<br>vs. )<br>)<br>TYRONE PAUL, )<br>)<br>Defendant. ) | Case No. 1:11-cr-00398-AWI DLB<br><br>**STIPULATION TO CONTINUE STAUS HEARING and ORDER**<br><br>Date: May 29, 2012<br>Time: 1:00 p.m.<br>Court: Hon. Dennis L. Beck |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ELANA LANDAU, Assistant United States Attorney for Plaintiff, and PATIENCE MILROD, counsel for the Defendant:

1. Having received discovery, and a proposed plea agreement, undersigned counsel for Mr. Paul has determined that an essential avenue of further investigation is forensic analysis of certain discovery. Counsel for Mr. Paul has just received a cost estimate for such analysis, and will be filing a

*Stipulation and [Proposed] Order re: status hearing*  1

request for funding no later than May 24, 2012.

2. In light of all of the above, the parties hereby stipulate to an order continuing the date for the status conference, from May 29, 2012 at 1:00 p.m. to a new date of June 25, 2012 at 1:00 p.m.

3. The parties further stipulate that time may be excluded through and until June 25, 2012 pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), for defense counsel investigation, preparation and filing of motions, and through and until the date of decision on such motions pursuant to 18 U.S.C. §3161(h)(1)(F) and (J).

Dated: May 25, 2012
/s/ Patience Milrod
PATIENCE MILROD
Attorney for defendant
TYRONE PAUL

Dated: May 25, 2012
/s/ Elana Landau
United States Attorney
BENJAMIN B. WAGNER
By ELANA LANDAU
Assistant U.S. Attorney

*Stipulation and [Proposed] Order re: status hearing* 2

**ORDER ON STIPULATION**

Having received and reviewed the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the status conference presently set for May 29, 2012 at 1:00 p.m. be and is hereby continued to a new date of June 25, 2012 at 1:00 p.m.  Time is excluded through and until June 25, 2012 pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), for defense counsel investigation, preparation and filing of motions, and through and until the date of decision on such motions pursuant to 18 U.S.C. §3161(h)(1)(F) and (J).

IT IS SO ORDERED.

Dated: May 25, 2012

          ___/s/ Dennis L. Beck_____
          Magistrate Judge of the Eastern District