Patience Milrod
844 N. Van Ness Avenue
Fresno, California 93728
559.442-3111
559.442-3162 fax
pm@patiencemilrod.com

Attorney for TYRONE PAUL

**IN THE UNITED STATES DISTRICT COURT IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>)<br>vs. )<br>)<br>TYRONE PAUL, )<br>)<br>Defendant. ) | Case No. 1:11-cr-00398-AWI DLB<br><br>**STIPULATION TO SENTENCING HEARING and ORDER**<br><br>Date:     October 1, 2012<br>Time:    1:30 p.m.<br>Court:   Hon. Anthony W. Ishii |

  IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ELANA LANDAU, Assistant United States Attorney for Plaintiff, and PATIENCE MILROD, counsel for the Defendant:

  1. The parties to the above-captioned matter agree to vacate the October 1, 2012, hearing date and reset the matter for November 26, 2012 at 10:00 a.m.

  2. The parties stipulate that the continuance is necessitated by the parties

*Stipulation and [Proposed] Order re: sentencing hearing*          1

need to reschedule the probation interview for preparation of the Presentence Report.

Dated: August 23, 2012

/s/ Patience Milrod
PATIENCE MILROD
Attorney for defendant
TYRONE PAUL

Dated: August 23, 2012

/s/ Elana Landau
United States Attorney
BENJAMIN B. WAGNER
By ELANA LANDAU
Assistant U.S. Attorney

# ORDER ON STIPULATION

Having received and reviewed the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the sentencing hearing presently set for October 1, 2012 at 1:30 p.m. be and is hereby continued to a new date of November 26, 2012 at 10:00 a.m.

IT IS SO ORDERED.

Dated: August 23, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE